DEAN G. EDWARDS, Respondent, *v.* NEW JERSEY AND HUDSON RIVER RAILWAY AND FERRY COMPANY, Appellant.

*Edwards* v. *New Jersey & Hudson River Ry. & Ferry Co.*, 150 App. Div. 898, affirmed.

(Argued January 21, 1914; decided February 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 8, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Clarence E. Thornall* for appellant.

*Burt L. Rich* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.